Pedro Bernal Bilse
California State Bar No.: 284444
Bernal Law, APLC
750 B Street, Suite 1710
San Diego, CA 92101
Tel: (619) 736-9092
Fax: (619) 793-1020
Email: pb@bernal-law.com

Attorney for Defendant:
CARLOS GUERRERO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) Case No. 22-CR-00280-001-JLS |
| Plaintiff, | ) ) |
| vs. | ) **JOINT MOTION TO CONTINUE** ) **SENTENCNG HEARING** |
| | ) |
| CARLOS GUERRRO, | ) Date:  May 13, 2022 ) Time: 9:00 a.m. |
| | ) |
| Defendant. | ) ) |
| | ) ) |

Defendant, CARLOS GUERRERO ("Mr. Guerrero"), by and through his attorney, Pedro Bernal Bilse, and The United States of America, by and through its counsel, Randy S. Grossman, acting United States Attorney, and Sabrina L. Feve Assistant United States Attorney, and jointly move this Court to continue the Sentencing Hearing in this matter, which is presently scheduled for May 13, 2022, at 9:00 a.m., before the Honorable Janis L. Sammartino, the new date proposed by this Court, namely July 15, 2022, at 9:00 a.m. The present joint motion is supported by the enclosed declaration.

DATE: April 28, 2022

Respectfully submitted,

*/ s / Pedro Bernal Bilse*
Pedro Bernal Bilse

Attorney for Defendant
CARLOS GUERRERO


RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Sabrina L. Feve_____*

Sabrina L. Feve
Assistant United States Attorney

**DECLARATION OF PEDRO BERNAL BILSE**

I, Pedro Bernal Bilse, hereby declare as follows:

1.  I am an attorney at law licensed to practice in the State of California and before the United States District Court for the Southern District of California.

2.  I am the attorney of record for the above-named defendant, CARLOS GUERRERO.

3.  Based on my discussions with AUSA Sabrina L. Feve, the parties need to continue the scheduled hearing schedule, to allow us to have more time to prepare for the sentencing hearing in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct .

Dated: 04/28/2022                    / s / *Pedro Bernal Bilse*

                                     _____

                                     Pedro Bernal Bilse

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and Defendant, and I have obtained authorization from all to affix their e-signatures to this document.

Respectfully submitted,

DATED: April 28, 2022                    / s / *Pedro Bernal Bilse*
                                         Pedro Bernal Bilse
                                         Attorney for CARLOS GUERRERO

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing JOINT MOTION TO CONTINUE SENTENCING HEARING has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Sabrina L. Feve - Assistant United States Attorney

Respectfully submitted,

DATED:  April 28, 2022                    */ s / Pedro Bernal Bilse*

_____
Pedro Bernal Bilse
Attorney for CARLOS GUERRERO