# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 22-cr-00280-JLS |
| Plaintiff, | ) |
| | ) **ORDER ON JOINT MOTION TO** |
| v. | ) **CONTINUE SENTENCING HEARING** |
| CARLOS GUERRERO, | ) |
| Defendant, | ) |

THIS COURT HAVING RECEIVED AND REVIEWED the Parties' Joint Motion to Continue Sentencing Hearing and having reviewed all of the files and pleadings in this matter, hereby GRANTS the Parties' Joint Motion.

IT IS HEREBY ORDERED that the Sentencing Hearing presently scheduled for May 13, 2022, at 9:00 a.m. is hereby continued to July 15, 2022, at 9:00a.m.

**IT IS SO ORDERED.**

Dated: April 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge