UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CARLOS GUERRERO (1),<br><br>　　　　　　　Defendant. | Case No. 22cr0280-JLS<br><br>ORDER OF CRIMINAL FORFEITURE |

　　　WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in property of Defendant CARLOS GUERRERO ("Defendant"), pursuant to Title 18 United States Code, Sections 982(A)(2)(b), 982(b), and 2513 and Title 28, United States Code, 2461(c) as property constituting proceeds of the offenses and as property involved in the violations of Title 18, United States Code, Section 371, as charged in the one-count Information.

　　　WHEREAS, on or about February 15, 2022, Defendant pled guilty before Magistrate Judge Michael S. Berg to the one-count Information, which plea included consent to the forfeiture allegations of the Information, including forfeiture of all property seized in connection with this case, including but not limited to payment to the United States of $25,000.00 in proceeds that Defendant personally received from the offense of conviction.

　　　WHEREAS, on March 4, 2022, this Court accepted the guilty plea of Defendant; and

1    WHEREAS Defendant, as a part of his plea agreement agreed to the payment of the $25,000.00 to the United States forthwith by way of a cashier's check payable to U.S. Customs and Border Protection, which payment has not yet been made; and

4    WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the $25,000.00 and the offense; and,

6    WHEREAS, by virtue of said guilty plea, the United States is now entitled to a money judgment against Defendant in the amount of $25,000.00 pursuant to 18 U.S.C §§ 982(A)(2)(b), 982(b) and 2513, Title 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

10   Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

11   1.    Based upon the guilty plea of the Defendant to the one-count Information, the United States is entitled to a forfeiture money judgment against Defendant in the amount of $25,000.00 pursuant to Title 18, United States Code, Sections 982(A)(2)(b), 982(b), and 2513.

15   2.    Defendant is hereby ordered to forthwith deliver to the United States a cashier's check in the amount of $25,000.00 payable to "Customs and Border Protection" noting it payment of a forfeiture pursuant to a plea agreement, which upon deposit by the United States will constitute a satisfaction of the money judgment.

19   3.    Upon payment of the $25,000.00 U.S. Customs and Border Protection shall deposit it and dispose of it in accordance with law.

21   4.    If Defendant fails to timely pay the $25,000.00 money judgment the United States may immediately take all actions available to it to collect the forfeiture money judgment as well as exercise all its rights under the plea agreement.

//
//
//
//
//

5. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

IT IS SO ORDERED.

Dated:  June 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge